1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10                            **WESTERN DIVISION**

11   **DANIEL LOPEZ CHAVEZ,**          )      **CV 15-6289-RJK (AJW)**
                                       )
12              **Petitioner,**        )
                                       )
13       **v.**                        )      **JUDGMENT**
                                       )
14   **HEIDI M. LACKNER, Warden,**     )
                                       )
15              **Respondent.**        )
     ──────────────────────────────── )

16

17       It is hereby adjudged that the petition for a writ of habeas

18   corpus is dismissed with prejudice.

19

20   Dated: 10/27/15

21                                     _____

22                                     R. Gary Klausner
                                       United States District Judge

23

24

25

26

27

28